IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01794-MSK-PAC

PATRICIA TRUJILLO,

       Plaintiff,

v.

EXPRESS, LLC,
d/b/a The Limited Stores, Inc.,

       Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter came before the Court on the Joint Motion **(#20)** of the parties to dismiss the above cause with prejudice, with each party to pay its own attorney's fees and costs and to vacate the pretrial conference and jury trial currently scheduled. In accordance with the parties' request,

It is ordered that this case hereby is dismissed with prejudice, with all parties to pay their own attorney's fees and costs. The clerk shall close the file.

DATED this 10th day of March 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge